P.K. Runkles-Pearson, OSB No. 061911
p.k.runkles-pearson@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Phone:  503.224.5858
Fax:  503.224.0155

Attorneys for Defendant City of Salem

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| PACIFIC REALTY ASSOCIATES, L.P., a Delaware limited partnership, and M&T PARTNERS, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>CITY OF SALEM, an Oregon municipal corporation,<br><br>            Defendant. | Case No. 6:19-cv-01274-MC<br><br>DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT |

## LR 7-1 CERTIFICATION

      Counsel for City of Salem ("Defendant") certifies that she has conferred with counsel for Plaintiffs and there is no objection to the extension requested in this motion.

Page 1 -   Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## MOTION

Pursuant to Fed. R. Civ. P. 6(b), and without waiver of any defense, Defendant respectfully requests an order resetting the deadline to answer or otherwise respond to Plaintiffs' complaint from June 23, 2020, to September 21, 2020.

## MEMORANDUM

Defendant requests this extension to allow the parties continued time to discuss alternatives to immediate litigation, including the possibility of a stay of the proceedings. The parties are continuing to evaluate this matter in light of the decision in *M&T Partners, Inc. et al. v. John Miller et al.*, Oregon Court of Appeals, Case No. A172068. For that reason, Defendant requests this additional extension of time, which Plaintiffs do not oppose.

This is the eighth request for an extension of time made by Defendant, and this motion is not made for purposes of delay.

## CONCLUSION

Defendant respectfully requests that this motion be granted.

DATED this 23rd day of June, 2020.

        MILLER NASH GRAHAM & DUNN LLP

        *s/ P.K. Runkles-Pearson*
        P.K. Runkles-Pearson, OSB No. 061911
        p.k.runkles-pearson@millernash.com
        Phone: 503.224.5858
        Fax: 503.224.0155

        *Attorneys for Defendant City of Salem*

4845-0136-5441.1

Page 2 -   Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204