Christopher P. Koback, OSB  No. 913408
chris@hathawaylarson.com
HATHAWAY LARSON LLP
1331 NW Lovejoy Street, Ste. 950
Portland, OR   97209-3280
Telephone:  (503) 303-3107
Facsimile:  (503) 205-8406
*Of Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **PACIFIC REALTY ASSOCIATES, L.P.**, a Delaware limited partnership, and **M&T PARTNERS, INC.**, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF SALEM,** an Oregon municipal corporation,<br><br>Defendant. | Civil Case No. 6:19-cv-01274-MC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)

2   Plaintiffs Pacific Realty Associates, L.P. and M&T Partners, Inc. hereby give notice that this action

3   is voluntarily dismissed.  The defendant, City of Salem, has filed motions for extensions of time

4   to file a responsive pleading, but has not filed an answer or motion for summary judgment.

**NOTICE OF VOLUNTARY DISMISSAL**

Page 1

HATHAWAY LARSON LLP
1331 NW Lovejoy St., Ste. 950
Portland, OR 97209
Telephone:  503-303-3101
Facsimile: 503-205-8406
Email:  chris@hathawaylarson.com

DATED this 23rd day of February 2021.

        HATHAWAY LARSON LLP

        By    <u>s/ Christopher P. Koback</u>
                Christopher P. Koback, OSB #913408
                *Of Attorneys for Plaintiffs*

**NOTICE OF VOLUNTARY DISMISSAL**

Page 2

HATHAWAY LARSON LLP
1331 NW Lovejoy St., Ste. 950
Portland, OR 97209
Telephone: 503-303-3101
Facsimile: 503-205-8406
Email: chris@hathawaylarson.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** on:

Jeff Condit  
Miller Nash Graham & Dunn LLP  
3400 U.S. Bancorp Tower  
111 SW Fifth Avenue  
Portland, OR 97204  
Jeff.condit@millernash.com

☐ U.S. Mail  
☐ Facsimile  
☐ Hand Delivery  
☐ Overnight Courier  
☐ Email  
☒ Via CM/ECF Electronic Filing

DATED this 23rd day of February 2021.

HATHAWAY LARSON LLP

By    s/ Christopher P. Koback  
      Christopher P. Koback, OSB #913408  
      Email: chris@hathawaylarson.com  
      *Of Attorneys for Plaintiffs*

Page 3 - CERTIFICATE OF SERVICE

HATHAWAY LARSON LLP  
1331 NW Lovejoy St., Ste. 950  
Portland, OR 97209  
Telephone: 503-303-3101  
Facsimile: 503-205-8406  
Email: chris@hathawaylarson.com